# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 660 MAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
WALTER PAUL RAVEN, :
:
Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 661 MAL 2014
:
Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
WALTER PAUL RAVEN, :
:
Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.